SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-FILING

FILED

2007 JUL -5  A 11: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )  CR 07 00424 RS
                           )
    Plaintiff,              )  VIOLATION: Title 18, United States Code,
                           )  Section 2113(b) – Bank Robbery and
    v.                      )  Incidental Crimes (Class A misdemeanor)
                           )
MARIA ANGELICA RODRIGUEZ,  )
                           )
    Defendant.              )
                           )  SAN JOSE VENUE
_____)

INFORMATION

The United States Attorney charges:

On or about November 3, 2006, in the Northern District of California, the defendant

MARIA ANGELICA RODRIGUEZ

did take and carry away with the intent to steal and purloin money not exceeding $1,000

belonging to and in the care, custody, control, management, and possession of Bank of America,

///

///

///

INFORMATION

1  located in San Jose, California, a bank whose deposits were then insured by the Federal Deposit
2  Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b), a Class A
3  misdemeanor.

5  DATED: July 3, 2007

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

10 (Approved as to form:
CHRISTINE BOEHM
11  Law Clerk

INFORMATION                     -2-

AO 257 (Rev. 6/78)  Case 5:07-cr-00424-RS    Document 1    Filed 07/05/2007    Page 3 of 3

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

18 U.S.C. § 2113(b) -- Bank Robbery and Incidental Crimes (Class A misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
1 year term of imprisonment
$100,000 fine
1 year period of supervised release
$25 mandatory special assessment

**DEFENDANT - U.S.**

2007 JUL -5 A 11: 44

MARIA ANGELICA RODRIGUEZ

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**

E-FILING

CR 07 00424 RS

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Resident Agent-in-Charge Jim Luttig, Social Security Administration Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
SUSAN KNIGHT

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: