**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

July 6, 2007

FILED

JUL - 9 2007

RICHARD
CLERK, U.S. D
NORTHERN DIST

The Honorable Richard Seeborg
280 South 1st Street, 5th Floor
San Jose, CA 95113

Re:   *United States v. Maria Angelica Rodriguez*, CR 07-00424 RS

Dear Judge Seeborg:

Maria Rodriguez has contacted this office requesting the appointment of counsel in the above-referenced case, in which she is charged with a misdemeanor violation of 18 U.S.C. §2113(b). Although Ms. Rodriguez has not been personally served with a summons, she has been informed that she is scheduled for an initial appearance before this Court on July 26, 2007 at 9:30 a.m. Ms. Rodriguez has completed a financial affidavit and appears to be qualified for the appointment of counsel. In the interest of expediting the discovery and negotiation process, I am writing to request that you appoint the Federal Public Defender to represent Ms. Rodriguez prior to her initial appearance.

I have included Ms. Rodriguez' financial affidavit and a proposed order. Please let me know if you require additional information in evaluating this request.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

LIZA-JANE CAPATOS
Federal Public Defender Law Clerk

Encl.
cc:   Christine Boehm, USAO Law Clerk (w/o encl.)