FILED
JUL - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>v.<br>MARIA ANGELICA RODRIGUEZ<br>　　　　　　　Defendant. | No. CR 07-00424 RS<br>　　　RS<br>[~~PROPOSED~~] ORDER APPOINTING COUNSEL |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Federal Public Defender is appointed to represent Maria Angelica Rodriguez.

Dated: 7/9/07

RICHARD SEEBORG
United States Magistrate Judge

CJA 23 - to SF Unit

ORDER APPOINTING COUNSEL