SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CASBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    Facsimile: (408) 535-5066
    E-mail: Susan.Knight@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00424 RS |
|     Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| MARIA RODRIGUEZ, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    Please take notice that as of August 21, 2007, the Assistant United States Attorney whose

name, address, telephone number and email address are listed below was assigned to  be counsel

for the government.

Assistant U.S. Attorney Susan Knight
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5056
Susan.Knight@usdoj.gov

DATED: August 21, 2007            Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney

                              /S/
                              _____
                              SUSAN KNIGHT
                              Assistant United States Attorney