BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00424 RS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| MARIA ANGELICA RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the status hearing currently set for Thursday, September 13, 2007 may be continued to Thursday, October 4, 2007 at 9:30 a.m.  The reason for the requested continuance is to accommodate Ms. Rodriguez' job-training conflict on the currently scheduled date, and defense counsel's unavailability the following week.

Dated: September 5, 2007

                                          s/_____
                                          CYNTHIA C. LIE
                                          Assistant Federal Public Defender

Dated: September 6, 2007

                                          s/_____
                                          SUSAN KNIGHT
                                          Assistant United States Attorney

Stipulation and [Proposed] Order Continuing
Hearing                                          1

1 **[PROPOSED] ORDER**

2   Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
3 hearing currently set for Thursday, September 13, 2007 shall be continued to Thursday, October
4 4, 2007 at 9:30 a.m.

5

6 Dated: September ___, 2007

7
                                          _____
8                                         RICHARD SEEBORG
                                          United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Stipulation and [Proposed] Order Continuing Hearing                3