CHAMBER'S COPY

E-FILED

FILED

SEP 12 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 07-00424 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME |
| MARIA ANGELICA RODRIGUEZ, | ) |
| Defendant. | ) SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing scheduled for September 13, 2007 be continued to October 4, 2007 at 9:30 a.m. The reason for the continuance is to accommodate Ms. Rodriguez' participation in job training, which is scheduled on September 13, 2007. In addition, Assistant Federal Public Defender Cynthia Lie will be out of town for a week in late September. The parties also request an exclusion of time under the Speedy Trial Act from September 13, 2007 to October 4, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel and continuity of counsel.

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | SCOTT N. SCHOOLS |
| 2 | | United States Attorney |
| 3 | DATED: 9/6/07 | _____/s/_____ |
| 4 | | SUSAN KNIGHT |
| | | Assistant United States Attorney |
| 5 | DATED: | _____/s/_____ |
| 6 | | CYNTHIA C. LIE |
| | | Assistant Federal Public Defender |

    Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for September 13, 2007 is continued to October 4, 2007 at 9:30 a.m.

    The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from September 13, 2007 to October 4, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 9-12-07

RICHARD SEEBORG
United States ~~District Judge~~ Magistrate Judge