BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00424 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | |
| MARIA ANGELICA RODRIGUEZ, | |
| Defendant. | |

**STIPULATION**

The parties hereby stipulate that the sentencing hearing currently set for Wednesday, January 23, 2008 may be continued to Thursday, February 21, 2008 at 11:00 a.m. to permit Ms. Rodriguez to attend to her terminally ill mother.  The United States Probation Office has been consulted as to the requested continuance and has no objection.

Dated: January 17, 2008

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: January 17, 2008

s/_____
SUSAN KNIGHT
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing Hearing                    1

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Wednesday, January 23, 2008 may be continued to Thursday, February 21, 2008 at 11:00 a.m.

Dated: January ___, 2008

```
                                        _____
                                        RICHARD SEEBORG
                                        United States Magistrate Judge
```