03/31/2008 07:50 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MARIA ANGELICA RODRIGUEZ | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 5461002685 | 1 | PR | 25.00 | 02/28/2008 |

Case No. DCAN507CR000424    US VS RODRIGUEZ

Division Payment Total    25.00

Grand Total    25.00

$25.00 — SPECIAL ASSESSMENT PAID IN FULL ON 2/28/2008

FILING

Page 1 of 1