JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff, )<br>     v. )<br>MARIA RODRIGUEZ, )<br>     Defendant. )<br>_____ ) | CR No. 07-00424 RS<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING DEFENDANT<br>RODRIGUEZ'S TERMS OF PROBATION |

    The undersigned parties respectfully request that the Court modify a condition of defendant

Maria Rodriguez's probation.  On February 28, 2008, the Court sentenced Ms. Rodriguez to

three years of probation, and ordered her to pay restitution to the victim, identified by the initials

"L.C.," in the amount of $40,696.00.  The Court also ordered Ms. Rodriguez to make monthly

restitution payments in the amount of $10.00.  Since Ms. Rodriguez is indigent, and the victim is

an elderly women under the care of a conservator, the government has arranged for the Social

Security Administration to pay the victim the remaining amount due in restitution, which is

approximately $40,595.00.  In order to facilitate the payment, the parties agree and stipulate that

the defendant's condition of probation requiring to her to pay restitution to "L.C." should be

amended, and all restitution payments should be paid to the Social Security Administration.

1   The parties also stipulate and agree that the amount of Ms. Rodriguez's monthly restitution

2   payments shall not change, that the modification is solely to substitute the name of the victim,

3   and that payments made by Ms. Rodriguez prior to the requested modification shall be credited

4   against the total restitution obligation vis-á-vis the Social Security Administration.  The

5   government has informed Probation Officer Janie Zhuang, who supervises Ms. Rodriguez,

6   and she has no objection to the modification.  Finally, the Clerk of the Court should send

7   restitution payments to the following address:

8                           Social Security Administration
                            Debt Management Section
9                           ATTN: Court Refund
                            P.O. Box 2861
10                          Philadelphia, PA 19122

11  SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
12

13  DATED: 7/25/08              _____/s/_____
                                      SUSAN KNIGHT
14                                    Assistant United States Attorney

15  DATED: 7/25/08              _____/s/_____
                                      CYNTHIA C. LIE
16                                    Assistant Federal Public Defender

17

18                                    ORDER

19       For good cause shown, the Court HEREBY ORDERS that Ms. Rodriguez's probation is

20  modified in order to substitute the Social Security Administration for victim "L.C."  All future

21  restitution payments shall be sent to the Social Security Administration, rather than victim "L.C."

22  All restitution payments sent to victim "L.C" prior to the entry of this order shall be credited

23  against the total restitution ordered.  The other conditions regarding Rodriguez's monthly

24  restitution payments shall remain in effect.

25  SO ORDERED.

26

27  DATED:_____          _____
                                      RICHARD SEEBORG
28                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-00424 RS                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28