JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066

Attorneys for Plaintiff

**E-FILED**

**FILED**

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIA RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR No. 07-00424 RS <br><br> STIPULATION AND [~~PROPOSED~~] *RS* <br> ORDER MODIFYING DEFENDANT <br> RODRIGUEZ'S TERMS OF PROBATION |

    The undersigned parties respectfully request that the Court modify a condition of defendant Maria Rodriguez's probation. On February 28, 2008, the Court sentenced Ms. Rodriguez to three years of probation, and ordered her to pay restitution to the victim, identified by the initials "L.C.," in the amount of $40,696.00. The Court also ordered Ms. Rodriguez to make monthly restitution payments in the amount of $10.00. Since Ms. Rodriguez is indigent, and the victim is an elderly women under the care of a conservator, the government has arranged for the Social Security Administration to pay the victim the remaining amount due in restitution, which is approximately $40,595.00. In order to facilitate the payment, the parties agree and stipulate that the defendant's condition of probation requiring to her to pay restitution to "L.C." should be amended, and all restitution payments should be paid to the Social Security Administration.

STIPULATION AND [PROPOSED] ORDER
CR 07-00424 RS                           1

The parties also stipulate and agree that the amount of Ms. Rodriguez's monthly restitution payments shall not change, that the modification is solely to substitute the name of the victim, and that payments made by Ms. Rodriguez prior to the requested modification shall be credited against the total restitution obligation vis-á-vis the Social Security Administration. The government has informed Probation Officer Janie Zhuang, who supervises Ms. Rodriguez, and she has no objection to the modification. Finally, the Clerk of the Court should send restitution payments to the following address:

> Social Security Administration
> Debt Management Section
> ATTN: Court Refund
> P.O. Box 2861
> Philadelphia, PA 19122

SO STIPULATED:                         JOSEPH P. RUSSONIELLO
                                       United States Attorney

DATED: 7/25/08                         _____/s/_____
                                       SUSAN KNIGHT
                                       Assistant United States Attorney

DATED: 7/25/08                         _____/s/_____
                                       CYNTHIA C. LIE
                                       Assistant Federal Public Defender

## ORDER

For good cause shown, the Court HEREBY ORDERS that Ms. Rodriguez's probation is modified in order to substitute the Social Security Administration for victim "L.C." All future restitution payments shall be sent to the Social Security Administration, rather than victim "L.C." All restitution payments sent to victim "L.C" prior to the entry of this order shall be credited against the total restitution ordered. The other conditions regarding Rodriguez's monthly restitution payments shall remain in effect.

SO ORDERED.

DATED: 7-25-08                         _____
                                       RICHARD SEEBORG
                                       United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-00424 RS                                    2